# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| WHEEL RECOVERY SYSTEMS LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRUCE W. NICHOLS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | NO.: 3:22-cv-00342 <br><br> **Jury Demand** |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims raised by or as against the Parties in the above-captioned matter are hereby dismissed with prejudice. Each party is responsible for its own fees and costs.

Dated: January 8, 2024

/s/ Tara L. Swafford
Thomas Anthony Swafford, BPR No. 017578
Tara L. Swafford, BPR No. 017577
W. Lee Maddux, BPR No. 01235
The Swafford Law Firm, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37064
(615) 599-8406
tony@swaffordlawfirm.com
tara@swaffordlawfirm.com
lee@swaffordlawfirm.com

J. Douglas Overbey, BPR No. 006711
Shelly L. Wilson, BPR No. 019935
Owings, Wilson & Coleman
900 S. Gay Street, Suite 800
Knoxville, TN 37902
(865) 521-3010

slwilson@owclaw.com
jdoverbey@owclaw.com

Michael T. Conway, Esq
Lazare Potter Giacovas, Moyle, LLP
747 Third Avenue, 16th Floor
New York, NY 10017
mconway@lpgmlaw.com

*Attorneys for Plaintiff*

/s/ Gregory T. Lawrence
Gregory T. Lawrence, Esq.
Kyle Kushner, Esq.
Lawrence Law, LLC
323 W. Camden Street Suite 700
Baltimore, MD 21201
greg@lawrencelawllc.com
kyle@lawrencelawllc.com

Jamie Ballinger, Esq.
Nichols W. Diegel, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Jballinger@bakerdonelson.com
ndiegel@bakerdonelson.com

Nora A. Koffman, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
602 Sevier Street, Suite 300
Johnson City, TN 37604
Nkoffman@bakerdonelson.com

*Attorneys for Defendants Bruce W. Nichols, Thomas Walters, Cheryl Roark, William Gandee, James Frasier, National Wheel, LLC f/k/a National Wheel Repair, National Alloys Corporation, and Assurance Packaging, LLC*

/s/Andrew B. Clauss
Andrew B. Clauss, Esq.
Chris W. Brophy, Esq.
Dinsmore & Shohl, LLP
1775 Sherman Street, Suite 2500
Denver, CO 80203
Andrew.clauss@dinsmore.com
chrisbrophy@dinsmore.com

2

Joseph N. Tucker, Esq.
Dinsmore & Shohl, LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Joseph.tucker@dinsmore.com

Kyle R. Bunnell, Esq.
Dinsmore & Shohl, LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Kyle.bunnel@dinsmore.com

*Attorneys for Karl Tipton*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed electronically this 8th day of January, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

/s/ Tara L. Swafford
Tara L. Swafford